# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-2023-0620**
T.S.D. v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-19-1251)

## NOTICE

You are hereby notified that on September 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk